```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2
                           18-3171-MJ-LFL
 3

 4
   UNITED STATES OF AMERICA,       )
 5                                 )
                PLAINTIFF,         )
 6                                 )
           VS.                     )
 7                                 )
   JOSE MANUEL GONZALEZ TESTINO,   )
 8                                 )
                DEFENDANT.         )
 9  _____)
10              (TRANSCRIPT BY DIGITAL RECORDING)
11
12          TRANSCRIPT OF INITIAL APPEARANCE HAD BEFORE THE
13  HONORABLE LAUREN F. LOUIS, IN MIAMI, MIAMI-DADE COUNTY,
14  FLORIDA, ON JULY 31, 2018, IN THE ABOVE-STYLED MATTER.
15
16
    APPEARANCES:
17
    FOR THE GOVERNMENT:  DANIEL MARCET, A.U.S.A.
18                       99 NORTHEAST FOURTH STREET
                         MIAMI, FL 33132 - 305 961-9099
19
    FOR THE DEFENDANT:   VANIESSA CHEN, A.F.P.D.
20                       150 WEST FLAGLER STREET, SUITE 1500
                         MIAMI, FL 33130 - 305 530-6900
21

22

23               CARL SCHANZLEH, RPR - CM
                 CERTIFIED COURT REPORTER
24                 9960 SW 4TH STREET
                 PLANTATION, FLORIDA 33324
25                   954 424-6723
```

1  (MIAMI, MIAMI-DADE COUNTY, FLORIDA;  JULY 31, 2018, IN OPEN

2  COURT.)

3           THE CLERK:  TURNING TO PAGE 10 OF THE CALENDAR.

4  UNITED STATES OF AMERICA VERSUS JOSE MANUEL GONZALEZ TESTINO,

5  CASE NUMBER 18-3171 MAGISTRATE JUDGE LOUIS.

6           MR. MARCET:  DANIEL MARCET ON BEHALF OF THE UNITED

7  STATES.

8           THE COURT:  THANK YOU, MR. MARCET.

9           GOOD AFTERNOON, MR.  -- IS IT GONZALEZ?

10          THE DEFENDANT:  GOOD AFTERNOON, YOUR HONOR.  YES.

11          THE COURT:  MR. GONZALEZ, YOU'RE MAKING AN INITIAL

12  APPEARANCE TODAY ON AN ARREST WARRANT THAT WAS ISSUED OUT OF

13  THE SOUTHERN DISTRICT OF TEXAS ON A CRIMINAL COMPLAINT THAT

14  CHARGES YOU WITH A CONSPIRACY TO VIOLATE THE FOREIGN CORRUPT

15  PRACTICES ACT IN SUBSTANTIVE COUNT FOR A VIOLATION OF THE

16  FOREIGN CORRUPT PRACTICES ACT.

17          ARE YOU AWARE THAT THOSE ARE THE ALLEGATIONS CONTAINED

18  IN THE COMPLAINT THAT BRING YOU HERE?

19          THE DEFENDANT:  NOW I AM AWARE.

20          THE COURT:  OKAY.  SO YOU HAVE NOT YET RECEIVED A COPY

21  OF THE COMPLAINT?

22          THE DEFENDANT:  NO.

23          THE COURT:  OKAY.  WE'LL MAKE SURE THAT YOU GET ONE.

24          BUT LET ME ASK YOU, MR. GONZALEZ, DO YOU HAVE YOUR OWN

25  ATTORNEY OR DO YOU WISH THE COURT TO APPOINT ONE?

```
 1              THE DEFENDANT:  I DO.  I HAVE.

 2              THE COURT:  OKAY.  HAVE YOU BEEN ABLE TO REACH YOUR

 3  ATTORNEY YET?

 4              THE DEFENDANT:  I TRIED TO REACH HER THIS MORNING BUT

 5  HE'S NOT HERE.  SO I DON'T KNOW IF HE FINALLY THE MESSAGE REACH

 6  TO THE ATTORNEY.

 7              THE COURT:  OKAY.  IS YOUR ATTORNEY HERE IN MIAMI?

 8              THE DEFENDANT:  YES.

 9              THE COURT:  WOULD YOU LIKE US TO TRY TO REACH HIM FOR

10  YOU?

11              THE DEFENDANT:  PLEASE.

12              THE COURT:  WHO IS IT.

13              THE DEFENDANT:  REBECCA POSTON IN THE FIRM ESQUIRE

14  SANDERS AND DEMPSEY.

15              MR. MARCET:  JUDGE, CAN I BE HEARD ON THIS FOR

16  EVERYONE'S BENEFIT?

17              I SPOKE -- THIS IS AN FCPA CASE OUT OF D.C.  THE

18  DEFENDANT HAS MET WITH THE FBI AS WELL.  THE LAWYERS ARE IN

19  D.C., THE CASE IS OUT OF THE SOUTHERN DISTRICT OF TEXAS.

20              MISS POSTON WAS AT ONE POINT REPRESENTING THE

21  DEFENDANT.  ONCE SHE LEARNED OF MATTERS WITH WHICH HE WAS BEING

22  INVESTIGATED SHE AGREED WITH THE FCPA LAWYERS PROSECUTING THE

23  CASE THAT SHE HAS A CONFLICT AS DOES THE REST OF HER LAW FIRM.

24              SO SHE WON'T -- MY UNDERSTANDING IS SHE'S NOT GOING TO

25  BE REPRESENTING THE DEFENDANT IN THIS CASE BECAUSE SHE
```

1  REPRESENTS SOME COMPANY INVOLVED IN THE ALLEGATIONS AGAINST HIM

2  THAT WOULD -- THAT WOULD BE A NOT WORKABLE CONFLICT.

3           THE COURT:  OKAY.  LET ME -- MR. GONZALEZ, YOU HEARD

4  THE GOVERNMENT'S PROFFER THAT APPARENTLY --

5           THE DEFENDANT:  YES.

6           THE COURT:  -- THE GOVERNMENT ATTORNEYS HAVE BEEN IN

7  TOUCH WITH YOUR COUNSEL ESQUIRE WHO HAS INDICATED THAT THEY DO

8  NOT INTEND TO APPEAR AND DEFEND YOU IN THIS CRIMINAL MATTER.

9           ACCEPTING THAT FOR A MOMENT.  I UNDERSTAND THAT THAT

10  MAY CHANGE IF YOU GET THROUGH TO THEM.  BUT AS YOU STAND HERE

11  BEFORE ME WITH THE REPRESENTATION THAT YOUR PRIOR COUNSEL WILL

12  NOT BE APPEARING DO YOU WISH TO HAVE A POINTED COUNSEL?

13           THE DEFENDANT:  YES.  PLEASE.

14           THE COURT:  I CAN DO THAT IF YOU CAN ANSWERS SOME

15  QUESTIONS ABOUT YOUR FINANCIAL CONDITION UNDER OATH.  BUT YOUR

16  STATEMENTS CAN BE USED AGAINST YOU, SIR.  SO IF YOU WISH TO

17  STOP ANSWERING MY QUESTIONS AT ANY POINT YOU CAN DO THAT.

18           DO YOU UNDERSTAND?

19           THE DEFENDANT:  I UNDERSTAND.

20           THE COURT:  OKAY.

21           THE CLERK:  RAISE YOUR RIGHT HAND.

22           (DEFENDANT SWORN)

23           THE DEFENDANT:  I SWEAR.

24           THE COURT:  MR. GONZALEZ, HOW OLD ARE YOU?

25           THE DEFENDANT:  FORTY-EIGHT.

```
 1              THE COURT:  I'M SORRY?

 2              THE DEFENDANT:  FORTY-EIGHT.

 3              THE COURT:  OKAY.  AND DO YOU WORK, SIR?

 4              THE DEFENDANT:  I WORK.

 5              THE COURT:  WHAT DO YOU DO FOR WORK?

 6              THE DEFENDANT:  I WORK IN THE OIL AND GAS INDUSTRY IN

 7  SOUTH AMERICA.

 8              THE COURT:  HOW MUCH WOULD YOU ESTIMATE THAT YOU EARN

 9  IN A YEAR OR A MONTH?

10              THE DEFENDANT:  FORTY THOUSAND PER YEAR.

11              THE COURT:  AND DO YOU OWN ANY REAL ESTATE LIKE A

12  HOUSE OR AN APARTMENT?

13              THE DEFENDANT:  NO.

14              THE COURT:  DO YOU PAY A MONTHLY RENT FOR WHERE YOU

15  LIVE?

16              THE DEFENDANT:  NO.

17              THE COURT:  DO YOU --

18              THE DEFENDANT:  I -- EXCUSE ME.  I LIVE IN VENEZUELA.

19              THE COURT:  DO YOU HAVE ANY ASSETS AT ALL IN THE

20  UNITED STATES?

21              THE DEFENDANT:  NO.

22              THE COURT:  SO DO YOU OWN ANY PROPERTY IN VENEZUELA?

23              THE DEFENDANT:  YES.

24              THE COURT:  WHAT DO YOU OWN IN VENEZUELA.

25              THE DEFENDANT:  A HOUSE.
```

```
 1            THE COURT:  DO YOU OWN A HOUSE.  CAN YOU ESTIMATE WHAT
 2   YOUR HOUSE IN VENEZUELA IS WORTH?
 3            THE DEFENDANT:  RIGHT NOW IS A (UNINTELLIGIBLE) IN
 4   CHANGE, 30,000.
 5            THE COURT:  AND YOU SHARE THAT HOUSE WITH YOUR FAMILY?
 6            THE DEFENDANT:  NO.
 7            THE COURT:  YOU LIVE ALONE.
 8            THE DEFENDANT:  YES.
 9            THE COURT:  DO YOU HAVE ANY DEPENDENTS, CHILDREN OR
10   ELDERLY PARENTS THAT YOU TAKE CARE OF?
11            THE DEFENDANT:  NOT NOW.  SHE IS -- MY ONLY DAUGHTER
12   SHE IS 18 NOW.  SO --
13            THE COURT:  OKAY.  DO YOU HAVE ANY LARGE LIABILITIES
14   THAT YOU HAVE TO PAY ON A MONTHLY BASIS?
15            THE DEFENDANT:  NO.
16            THE COURT:  DO YOU HAVE MONEY IN ANY BANK ACCOUNTS?
17            THE DEFENDANT:  YES.  IN ONLY ONE ACCOUNT WILL BE
18   5,000, $7,000
19            THE COURT:  OKAY.  YOU THINK YOU HAVE ABOUT FIVE
20   THOUSAND SEVEN HUNDRED DOLLARS --
21            THE DEFENDANT:  BETWEEN FIVE THOUSAND AND SEVEN
22   THOUSAND.
23            THE COURT:  OH.  OKAY.  IN ONE ACCOUNT IN VENEZUELA?
24            THE DEFENDANT:  NO.  HERE.
25            THE COURT:  IN --
```

1          THE DEFENDANT:  HERE.  IN THE U.S.

2          THE COURT:  AND LET ME ASK YOU ABOUT VEHICLES.  DO YOU

3  OWN A CAR, A TRUCK, OR A MOTORCYCLE, A BOAT, ANY TYPE OF

4  VEHICLE?

5          THE DEFENDANT:  NO.

6          THE COURT:  ALL RIGHT.  SO I'VE ASKED YOU -- OTHER

7  THAN THAT SINGLE BANK ACCOUNT AND YOUR HOUSE DO YOU THINK YOU

8  HAVE ANY OTHER ASSETS WORTH AT LEAST $5,000?

9          THE DEFENDANT:  NO.

10          THE COURT:  OKAY.  MR. GONZALEZ, I'M GOING TO FIND

11  THAT YOU QUALIFY FOR THE ASSISTANT PUBLIC DEFENDER APPOINTMENT

12  IN THIS CASE.

13          MISS CHEN, I -- BY YOUR INPUT IF YOU THINK THIS

14  QUALIFIES FOR A SITUATION WHERE THE DEFENDANT SHOULD HAVE TO

15  CONTRIBUTE TO THE DEFENSE.  BUT I THINK THIS IS A REMOVAL.  AND

16  SO, WE'LL LET YOU TELL ME THAT I'M WRONG THAT HE QUALIFIES.

17  BUT AT THIS POINT I'M GOING TO GO AHEAD AND APPOINT YOU.

18          MS. CHEN:  THANK YOU, YOUR HONOR.

19          VANIESSA CHEN, ASSISTANT PUBLIC DEFENDER ACCEPTING THE

20  APPOINTMENT.

21          I THINK GIVEN THAT THIS IS A REMOVAL CASE, YOUR HONOR,

22  I THINK IT IS APPROPRIATE TO APPOINT OUR OFFICE.

23          THE COURT:  OKAY.

24          MS. CHEN:  I THINK GIVEN THE SHORT AMOUNT OF TIME THAT

25  OUR OFFICE WILL SPEND ON IT, IT WOULD BE UNNECESSARY FOR THE

1  DEFENDANT TO CONTRIBUTE TOWARDS THE --

2              THE COURT:  OKAY.

3              MS. CHEN:  -- EXPENSES.

4              THE COURT:  THANK YOU FOR THAT.

5              MR. MARCET, WHAT'S THE GOVERNMENT'S POSITION ON BOND?

6              MR. MARCET:  WE'RE ASKING FOR PRETRIAL DETENTION BASED

7  ON RISK OF FLIGHT AND THREE DAYS.

8              THE COURT:  MISS CHEN, HOW MUCH TIME WOULD YOU NEED IN

9  ORDER TO HAVE THE DETENTION HEARING?

10             MS. CHEN:  YOUR HONOR, IF WE COULD SET THIS FOR

11 FRIDAY, AUGUST 3RD AT TEN A.M., PLEASE?

12             THE COURT:  YOU GOT IT.

13             OKAY.  MR. GONZALEZ, LET ME ADDRESS YOU.

14             YOU HEARD ME SAY THAT WHEN THE GOVERNMENT SEEKS TO

15 HOLD YOU IN PRETRIAL DETENTION YOU'RE ENTITLED TO HAVE A

16 HEARING WHICH IS ORDINARILY HELD AT THE INITIAL APPEARANCE.

17 BUT THE STATUTE ALLOWS THE GOVERNMENT TO ASK FOR UP TO THREE

18 DAYS TO PREPARE FOR THAT HEARING AND THEY'VE DONE SO IN THIS

19 CASE.

20             HOWEVER, THE SAME AMOUNT OF TIME ALSO AFFORDS YOUR

21 ATTORNEY AN OPPORTUNITY TO MEET WITH YOU AND PREPARE YOUR

22 DEFENSE OF THE HEARING.  SO AT THE GOVERNMENT'S REQUEST AND FOR

23 GOOD CAUSE I'M GOING TO DELAY YOUR HEARING UNTIL FRIDAY, AUGUST

24 3RD.  IT WILL BE AT TEN A.M.  IT WILL BE IN FRONT OF THE

25 DISTRICT -- A DIFFERENT JUDGE WHO WILL LISTEN TO THE EVIDENCE

1   AND DECIDE AT THAT TIME WHETHER YOU SHOULD BE HELD IN PRETRIAL

2   DETENTION PENDING YOUR CHARGES OR WHETHER YOU WILL HAVE A BOND

3   IN THIS CASE.

4           DO YOU UNDERSTAND?

5           THE DEFENDANT:  UNDERSTOOD.

6           THE COURT:  OKAY.  WE ALSO NEED TO SET I THINK A --

7   THE REMOVAL HEARING, WHICH WE'LL SET FOR AUGUST 14TH AT TEN

8   A.M.  RECOGNIZING, MISS CHEN, THAT YOU MAY RESOLVE IT EARLIER

9   THAN THAT BUT WE'LL HOLD THAT DATE WHICH CAN BE CANCELED.

10          MS. CHEN:  THANK YOU.

11          THE COURT:  OKAY.

12          MR. MARCET, IS THERE ANYTHING FURTHER WITH RESPECT TO

13  MR. GONZALEZ?

14          MR. MARCET:  NO, YOUR HONOR.  THANK YOU.

15          THE COURT:  MISS CHEN?

16          MS. CHEN:  NO.  THANK YOU.

17          THE COURT:  OKAY.

18          MR. GONZALEZ, I WON'T SEE YOU AGAIN.  SO I WISH YOU

19  LUCK.

20          THE DEFENDANT:  EXCUSE ME?

21          THE COURT:  YOU WON'T BE IN FRONT OF ME FOR YOUR NEXT

22  PROCEEDING.

23          THE DEFENDANT:  OH.  THANK YOU.

24          THE COURT:  SO THIS IS THE LAST TIME (DAR ENDED)

25

1

2

3                         C E R T I F I C A T E

4

5

6    UNITED STATES OF AMERICA

7    SOUTHERN DISTRICT OF FLORIDA

8

9

10          I, CARL SCHANZLEH, OFFICIAL COURT REPORTER OF THE UNITED

11   STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, DO

12   HEREBY CERTIFY THAT THE FOREGOING 9 PAGES CONSTITUTE A TRUE

13   TRANSCRIPT OF THE PROCEEDINGS HAD BEFORE THE SAID COURT HELD IN

14   THE CITY OF MIAMI, FLORIDA, IN THE MATTER THEREIN STATED.

15          IN TESTIMONY WHEREOF, I HEREUNTO SET MY HAND ON THIS 8TH

16   DAY OF AUGUST 2018.

17

18                              /S/CARL SCHANZLEH
                                CARL SCHANZLEH, RPR-CM
19                              CERTIFIED COURT REPORTER
                                9960 SW 4TH STREET
20                              PLANTATION, FL 33324
                                TELEPHONE 954 424-6723
21

22

23

24

25