# COURT MINUTES

## Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5     Date: 08.29.18     Time: 10:00 a.m.

Defendant: JOSE MANUEL GONZALEZ TESTINO     J#: 78978-104     Case #: 18-3171-LOUIS
AUSA: Robert Juman     Attorney: ED SHOHAT (PERM)
Violation: WARR/COMPL/SD/TX/CONSPIRACY TO VIOLATE
Proceeding: REMOVAL/DETENTION HEARING     CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No     Recommended Bond: TEMP PTD
Bond Set at:     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services; Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition: Defendant WAIVED removal [de 10] and the parties STIPULATED to pretrial detention, with the right to revisit (NO HEARING HELD)

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE     Date:     Time:     Judge:     Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:06:58     Time in Court: 2